■ In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner. [956 NYS2d 189]—

**[Decision previously published at this citation has been recalled and vacated, and a new decision substituted, see — AD3d —, 2013 NY Slip Op 01269.]**